## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEENA PHINISEE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et | : | |
| al. | : | No. 20-5279 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **December 2021**, upon consideration of Plaintiff Rasheena Phinisee's Motion to Dismiss; Defendant Drexel University's ("Drexel") Motion to Dismiss; Defendants Hospital of the University of Pennsylvania, Hannah Cramer, Patricia Haygood, Christine Jaslar, Ruth Weisgerber, Kai Pittman, Laura Oppenheim, Gwendolyn Nissel-Marshall, Susan Engles, and Susan Lipson's (collectively, the "HUP Defendants") Motion to Dismiss; Defendants Children's Hospital of Philadelphia, Binita M. Kamath, Randolph Matthews, Avani Shah, and Alan Flake's (collectively, the "CHOP Defendants") Motion to Dismiss; the United States' Motion to Dismiss; and Ms. Phinisee's Responses thereto; and for the reasons stated in the Court's Memorandum dated December 27, 2021, it is hereby **ORDERED** that:

1. Ms. Phinisee's Motion to Dismiss (Document No. 5) is **GRANTED**.

2. Drexel University's Motion to Dismiss (Document No. 13) is **GRANTED**.

3. The HUP Defendants' Motion to Dismiss (Document No. 17) is **GRANTED**.

4. The CHOP Defendants' Motion to Dismiss (Document No. 18) is **GRANTED**.

5. The United States' Motion to Dismiss (Document No. 27) is **GRANTED**.

6. The Third Amended Complaint is **DISMISSED with prejudice**.

7. Ms. Phinisee's Motion for Consolidation (Document No. 21) is **DENIED**.

8. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County

for any further proceedings.

**BY THE COURT:**

**Berle M. Schiller, J.**